# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JORDAN LOUIS DONGARRA,** | ) | **CASE NO. 1:15 CR 79** |
| | ) | |
| Petitioner, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | <u>**JUDGMENT ENTRY**</u> |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons stated in the Opinion and Order filed on April 24, 2018, and the Court having just issued a ruling granting Petitioner's motion for certificate of appealability, pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

Furthermore, pursuant to 28 U.S.C. §2253(c) and Fed. R. App. P. 22(b), there is no basis upon which to issue a certificate of appealability. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

<u>*/s/ Dan A. Polster     June 8, 2018*</u>
**Dan Aaron Polster**
**United States District Judge**